**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN 249203)
ak@kazlg.com
Mona Amini (SBN 296829)
mona@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone:  (800) 400-6808
Facsimile:  (800) 520-5523

*Attorneys for Plaintiffs*
Annette Brock and George Santos

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE BROCK and GEORGE SANTOS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AVEN FINANCIAL, INC.,<br><br>Defendant. | Case No.:  3:23-cv-04443-CRB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |

//
//
//
//
//
//
//
//

NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE

**TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs ANNETTE BROCK and GEORGE SANTOS ("Plaintiffs"), through their counsel, hereby voluntary dismiss the above-captioned action without prejudice. Defendant has neither filed an Answer to Plaintiffs' Complaint nor filed a motion for summary judgment.  Each party shall bear its own attorney's fees and costs.

Dated: December 20, 2023                    Respectfully submitted,

                                            **KAZEROUNI LAW GROUP, APC**

                                       By:  _/s/ Mona Amini_____
                                            Mona Amini, Esq.
                                            245 Fischer Avenue, Unit D1
                                            Costa Mesa, California 92626
                                            Telephone: (800) 400-6808
                                            Facsimile:  (800) 520-5523

                                            *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, CA 92626. On December 20, 2023, I served the within document(s):

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on December 20, 2023, at Costa Mesa, California.

/s/ Mona Amini
MONA AMINI, ESQ.